UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MARTIN MEJIA**,

                Plaintiff,

                v.

**CMC STEEL US LLC**,

                Defendant.

Civil Action No. 3:22-cv-01681 (ZNQ) (DEA)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** having been opened to the Court upon a Motion to Dismiss by Defendant CMC Steel US, LLC d/b/a CMC Steel New Jersey ("Defendant") seeking to dismiss Count One of Plaintiff Martin Mejia's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 12.) For the reasons set forth in the accompanying Opinion and for good cause shown,

    **IT IS** on this 12th day of May 2023,

    **ORDERED** that Defendant's Motion to Dismiss is **GRANTED**; Count One of the First Amended Complaint is dismissed without prejudice.

                                            /s/ Zahid N. Quraishi
                                            **ZAHID N. QURAISHI**
                                            **UNITED STATES DISTRICT JUDGE**